# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In the Estate of Arthur Raymond
Garner, deceased,

No. 11-12-00289-CV

\* From the County Court at
  Law No. 1 of Johnson County,
  Trial Court No. P200117251.

\* May 30, 2013

\* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)

This court has considered Geraldine Hutson and James R. Hutson's agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring the same.